# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159271

LEONARD S. BOHN, Individually and as
Representative of a Class of Similarly
Situated Persons and Entities,
            Plaintiff-Appellant,

v

            SC: 159271
            COA: 339306
            Wayne CC: 15-013727-CZ

CITY OF TAYLOR,
            Defendant-Appellee.

_____/

        On order of the Court, the application for leave to appeal the January 29, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *DAART v City of Detroit* (Docket No. 158852) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



s0831

                                    Clerk